No. 71–1371.  ROSARIO ET AL. *v.* ROCKEFELLER, GOV-
ERNOR OF NEW YORK, ET AL.  C. A. 2d Cir.  Motion
of Lawyers for McGovern for leave to file a brief as
*amicus curiae* granted.  Certiorari granted.  Motion for
summary reversal or, in the alternative, for expedited
consideration on the merits denied.  MR. JUSTICE STEW-
ART would expedite consideration on the merits.  Appli-
cation for stay, presented to MR. JUSTICE MARSHALL,
and by him referred to the Court, denied.  MR. JUSTICE
DOUGLAS, MR. JUSTICE BRENNAN, MR. JUSTICE STEWART,
and MR. JUSTICE MARSHALL would grant the stay.

No. 71–6042.  WARDIUS *v.* OREGON.  Sup. Ct. Ore.
Motion for leave to proceed *in forma pauperis* and cer-
tiorari granted.

No. 71–954.  EPELDI ET AL. *v.* ENGELKING ET AL.  Sup.
Ct. Idaho.  Certiorari denied.

No. 71–1162.  ROGERS ET AL. *v.* EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION.  C. A. 5th Cir.  Certiorari
denied.

No. 71–1194.  QUINN & CO., INC., ET AL. *v.* SECURITIES
AND EXCHANGE COMMISSION.  C. A. 10th Cir.  Certi-
orari denied.

No. 71–1195.  GRIFFITH *v.* UNITED STATES.  C. A. 5th
Cir.  Certiorari denied.

No. 71–1202.  BROTHERHOOD OF PAINTERS, DECORA-
TORS & PAPERHANGERS OF AMERICA, AFL–CIO, LOCAL
130 *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 5th
Cir.  Certiorari denied.